UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD SAMUEL FULLER, | No. 2:17-cv-0600 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| EUGENE NGUYEN, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 24, 2023, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 60. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued March 24, 2023 (ECF No. 60), are **ADOPTED** in full;

2. Defendants' motion for summary judgement (ECF No. 49) is **GRANTED**, and

3. This action is **DISMISSED** without prejudice.

Dated: May 12, 2023

/s/ John A. Mendez for
THE HONORABLE WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

full0600.801(2)

2